United States District Court
for the
District of New Jersey
Civil Complaint

Travis Heffley

v.

Civil action No

Federal Bureau of Prisons
FCI Fort Dix

RECEIVED
MAY 22 2017
AT 8:30_____M
WILLIAM T. WALSH CLERK

I am a federal inmate at FCI Fort Dix
I am not able to pay processing fees

Defendant 1 unknown - Member of extraction Team employeed at FCI Fort Dix Fully dressed with helmets and body armor

Defendant 2 same as Defendant 1

Defendant 3 same as Defendant 1

Defendant 4 same as Defendant 1

Defendant 5 same as Defendant 1

I tried informal resolutions. I spoke to Captain Nash on 4/18/17. I explain to him what happened and asked for protective custody. I sent a request to staff notice to SIS LT asking for protective custody. I spoke to SIS Lt and asked for protective custody. On April 23 2017

On April 3 2017 I was brought to SHU. When I arrived I was told I would be placed in a two person cell with two other people. When I refused five FCI Fort Dix employees tackled me to the ground. When I landed on the ground my right arm was pinned underneath me. Then one or more of the TEAM members punched me in the right side of my face. This was all being recorded on a hand held camera. Lt Thomas was the Special Housing Unit Lt at the time. I was then shackled hands and ankles and brought to a empty cell were my clothes were removed and new clothes were put on. Then I was left shackled all night and finally taken from the shackles at approxamently 3pm April 4/201 I injured my right knee and was treated for cuts that were bleeding also my right eye is still injured. I have not been treated and so I still have problems with black floating spots in my vision. I am requesting a jury trial. I am requesting 100 million dollars for relief.

Travis Heffley    17225097