```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
_____
                                :
TRAVIS HEFFLEY,                 :
                                :
          Plaintiff,            :    Civ. No. 17-3647 (NLH)(SAK)
                                :
     v.                         :    MEMORANDUM OPINION AND ORDER
                                :
                                :
FEDERAL BUREAU OF PRISONS       :
FCI FORT DIX, et al.,           :
                                :
          Defendants.           :
_____:
```

APPEARANCES:

Travis Heffley
17225097
Otisville
Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 1000
Otisville, NY 10963

HILLMAN, District Judge

WHEREAS, Plaintiff Travis Heffley filed a complaint naming unidentified members of the Extraction Team at FCI Fort Dix as defendants, ECF No. 1; and

WHEREAS, the Court reviewed the complaint under 28 U.S.C. § 1915(e)(2) and concluded sua sponte dismissal was not appropriate, ECF No. 7.  However, the Court acknowledged that the Complaint could not be served on unknown John Doe defendants, and thus, the Court authorized discovery pursuant to Federal Rules of Civil Procedure 26(d) and 34(c) limited to

1

discovering the identities of the John Doe members of the Fort Dix Extraction Team.  Id.; and

WHEREAS, after Plaintiff provided the Court with names for the John Doe defendants, the Court directed the Clerk's Office to substitute the named defendants and to issue U.S. Marshal 285 Forms to Plaintiff for service, ECF No. 13; and

WHEREAS, Plaintiff filed a motion to amend on October 19, 2021.  ECF No. 31.  That motion is presently pending before the magistrate judge; and

WHEREAS, Plaintiff filed a motion for summary judgment, ECF No. 32.  The Court concludes it would be premature to rule on the summary judgment before the motion to amend has been decided,

IT IS therefore on this 11th day of May, 2022,

ORDERED that the motion for summary judgment, ECF No. 32, be, and hereby is, administratively terminated pending a decision on the motion to amend; and it is further

ORDERED that the Court will reinstate the summary judgment motion after the motion to amend has been decided and it is finally

ORDERED that the Clerk of the Court shall send a copy of this Order to Plaintiff by regular U.S. mail.

At Camden, New Jersey
                                      s/ Noel L. Hillman
                                        NOEL L. HILLMAN, U.S.D.J.