US District Court New Jersey

LETTER TO THE COURT Judge Noel L. Hillman

As Pro Se counsel for myself Travis Heffley I would like to request a waiver for any In person Motion hearing scheduled 6/20/2023 I would like to request from the court to have the Motion to dismiss on the papers instead of an In person appearance at the US District Court New Jersey As proSe counsel there is not any additional testimony to add to my complaint during the Motion to dismiss on 6/20/2023 As previously stated I will remain with the statements in my original complaint filed with the US District Court New Jersey case number 1:17-cv-03647-NLH-SAK

Travis Heffley proSe cousel

5-23-23

Travis Heffley plaintiff

5-23-23

RECEIVED
MAY 26 2023
AT 8:30 _____ M
CLERK, U.S. DISTRICT COURT - DNJ

Travis Heffley 1122504?
PO Box 1000
Otisville NY 10963

Federal
Correctional
Institution

US District Court New Jersey
Judge Hillman
PO Box 2797
Camden NJ 08101-9950

WESTCHESTER NY 105
24 MAY 2023 PM 5 L

RECEIVED
AT 8:30
MAY 26 2023
CLERK, U.S. DISTRICT COURT - DNJ

08101-279797

FEDERAL CORRECTIONAL INSTITUTION
OTISVILLE, NY 10963
DATE:

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question of problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosure to the address above.